**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:26−cr−00569
Honorable Gabriel A. Fuentes

Elie Longueli

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 30, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: Based on the government's representation that it plans to file a motion to partially seal the Affidavit of Removal and file publicly a version that redacts the portions sought to be sealed, the Court provisionally orders the Affidavit of Removal sealed and opens the case by filing that document provisionally under seal, pending receipt of the government's seal motion. The case is not under seal. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.