**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:26−cr−00569
Honorable Gabriel A. Fuentes

Elie Longueli

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 30, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: Initial appearance and removal proceedings held in open court on 10/30/26. Defendant Elie Longueli appears in response to an arrest on 10/29/26 pursuant to an Affidavit of Removal and arrest warrant issued in the USDC Eastern District of Missouri. Based on review of the tendered financial affidavit, the Court appoints Kathleen Leon of the Federal Defender Program as defendant's attorney for purposes of the removal proceedings in the Northern District of Illinois only. Defendant advised of charges and informed of rights and of prosecutorial obligations per Rule 5(d) and (f), including the provisions of Rule 20. The government and defendant agree on conditions of release, which the Court accepts. The government did not make a motion for detention and did not seek a detention hearing. Defendant was admonished on the record of the terms and conditions of the release order. Defendant is released on conditions. Enter Order Setting Conditions of Release. Defendant is ordered released after processing. Further, the Court found that under Fed. R. Crim. P. 5(c)(3)(D), grounds exist for transfer and commitment of this matter to the Eastern District of Missouri for the reasons stated on the record, including Defendant's waiver of the right to an identity hearing. The Court enters a finding of identity. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.