**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: United States v. Elie Longueli

Case Number: 26CR 569

An appearance is hereby filed by the undersigned as attorney for:
Elie Longueli

Attorney name (type or print): Kathleen Leon

Firm: Federal Defender Program

Street address: 55 E. Monroe Street, Suite 2800

City/State/Zip: Chicago, IL 60603

FILED
OCT 3 0 2026
MAGISTRATE JUDGE
GABRIEL A. FUENTES

Bar ID Number: 1025531
(See item 3 in instructions)

Telephone Number: 3126218341

Email Address: Kathleen_Leon@fd.org

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☑ Appointed Counsel
If appointed counsel, are you
☑ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/30/2026

Attorney signature: S/ Kathleen Leon
(Use electronic signature if the appearance form is filed electronically.)